IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIERA MARTIN,<br>　　　　*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| CHESTER CHARTER SCHOLARS<br>ACADEMY CHARTER SCHOOL,<br>　　　　*Defendant* | : | No. 20-2067 |

## ORDER

AND NOW, this 21st day of December 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 22), Plaintiff's Response in Opposition (Doc. No. 23), Defendant's Reply in Support (Doc. No. 26), the oral argument held on September 10, 2021, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 22) is **GRANTED IN PART** and **DENIED IN PART**.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE